



IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DOUGLAS A. HARTZ, as Receiver :
:
Plaintiff, :
:
v. :      Case No. CV-09-682438
:
REMINGER CO., L.P.A., et al., :      Judge Richard McMonagle
:
Defendant. :

### STIPULATED JUDGMENT ENTRY

Pursuant to the settlement agreement between the Plaintiff Douglas A. Hartz and

Defendant David A. Michael, Jr., judgment is hereby GRANTED in favor of Plaintiff Douglas

A. Hartz against Defendant David A. Michael, Jr. in the amount of $250,000.00. Plaintiff

Douglas A. Hartz's claims against the remaining Defendants remain.

_____4/6/11_____                              _____
Date                                          Judge Richard McMonagle

APPROVED:

_____                       _____
Todd H. Neuman      (0059819)                  Thomas C. Pavlik      (0017305)
Douglas L. Hertlein    (0040267)               Novak Robenalt & Pavlik LLP
Allen Kuehnle Stovall & Neuman LLP             1660 West 2nd Street, Suite 950
17 South High Street, Suite 1220               Cleveland, OH 44113
Columbus, Ohio 43215                           T: (216)781-8700; F: (216) 781-9227
T: (614) 221-8500; F: (614) 221-5988           tpavlik@nrplaw.com
neuman@aksnlaw.com                             *Counsel for Defendant David A. Michael, Jr.*
hertlein@aksnlaw.com
*Plaintiff's Counsel*

RECEIVED FOR FILING

APR 0 6 2011

GERALD E. FUERST, CLERK
By_____ Deputy