IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, | Case No. 1:11-cv-00640-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| DAVID MICHAEL JR.; DAVID MICHAEL SR.; ANTHONY SCATENA; GARY OSBORNE; PAUL NEWTON; EDWARDO JORDAN; MICHAEL CLARK; TIMOTHY MILLER; LAWRENCE STANLEY; and DOUGLAS A. HARTZ, RECEIVER FOR THE ULTIMATE WARRANTY CORPORATION, ULTIMATE WARRANTY OF WISCONSIN, INC., ULTIMATE WARRANTY OF OHIO, INC. D.B.A. ULTIMATE WARRANTY OF ARIZONA, AND EXTENDED AUTO WARRANTY CORPORATION, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ANTHONY SCATENA TO RESPOND TO COMPLAINT** |
| Defendants. | |

**TO: HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff U.S. Specialty Insurance Co. ("U.S. Specialty") and Defendant Anthony Scatena ("Scatena"), by and through their undersigned counsel and subject to the Court's approval, that Scatena's deadline to answer, move or otherwise respond to U.S. Specialty's Complaint should be extended from May 18,

-2-

2011 until June 1, 2011.  U.S. Specialty agreed to stipulate to this extension in return for Scatena's counsel's agreeing to accept service on Scatena's behalf.

Dated: May 9, 2011

| | |
|---|---|
| By: /s/ Kristin K. Going, Esq. | By: /s/ Brian E. Roof, Esq. |
| Kristin K. Going, Esq. (Ohio Bar No. 0070504) | Marc Sanchez, Esq. (Ohio Bar No. 0063998) |
| Joseph A. Bailey III, Esq. (of counsel) | Brian E. Roof, Esq. (Ohio Bar No. 0071451) |
| DRINKER BIDDLE & REATH LLP | FRANTZ WARD LLP |
| 1500 K Street NW, Suite 1100 | 2500 Key Center |
| Washington, D.C.  20005 | 127 Public Square |
| Telephone: (202) 842-8800 | Cleveland, OH 44114-1230 |
| Facsimile: (202) 842-8465 | Telephone: (216) 515-1660 |
| kristin.going@dbr.com | Facsimile: (216) 515-1650 |
| joseph.bailey@dbr.com | msanchez@frantzward.com |
| | broof@frantzward.com |
| *Counsel for Plaintiff U.S. Specialty Ins. Co.* | *Counsel for Defendant Anthony Scatena* |

SO ORDERED this _____ day of May, 2011.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE