IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, | Case No. 1:11-cv-00640-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| DAVID MICHAEL JR.; DAVID MICHAEL SR.; ANTHONY SCATENA; GARY OSBORNE; PAUL NEWTON; EDWARDO JORDAN; MICHAEL CLARK; TIMOTHY MILLER; LAWRENCE STANLEY; and DOUGLAS A. HARTZ, RECEIVER FOR THE ULTIMATE WARRANTY CORPORATION, ULTIMATE WARRANTY OF WISCONSIN, INC., ULTIMATE WARRANTY OF OHIO, INC. D.B.A. ULTIMATE WARRANTY OF ARIZONA, AND EXTENDED AUTO WARRANTY CORPORATION, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF / COUNTERCLAIM DEFENDANT U.S. SPECIALTY INSURANCE COMPANY TO RESPOND TO COUNTERCLAIM** |
| Defendants. | |

**TO: HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff / Counterclaim Defendant U.S. Specialty Insurance Co. ("U.S. Specialty") and Defendant / Counterclaim Plaintiff Douglas A. Hartz, Receiver for the Ultimate Warranty Corporation, Ultimate Warranty of Wisconsin, Inc., Ultimate Warranty of Ohio, Inc. d.b.a. Ultimate Warranty of Arizona, and

Extended Auto Warranty Corporation (the "Receiver"), by and through their undersigned counsel and subject to the Court's approval, that U.S. Specialty's deadline to answer, move or otherwise respond to the Receiver's Counterclaim should be extended from May 24, 2011 until June 7, 2011.

Dated: May 19, 2011

| | |
|---|---|
| By: /s/ Kristin K. Going, Esq. | By: /s/ Douglas L. Hertlein |
| Kristin K. Going, Esq. (Ohio Bar No. 0070504) | Douglas L. Hertlein, Esq. (Ohio Bar No. 0040267) |
| Joseph A. Bailey III, Esq. (of counsel) | Todd H. Neuman, Esq. (Ohio Bar No. 0059819) |
| DRINKER BIDDLE & REATH LLP | ALLEN KUEHNLE STOVALL & NEUMAN LLP |
| 1500 K Street NW, Suite 1100 | 17 South High Street, Suite 1220 |
| Washington, D.C.  20005 | Columbus, OH  43215 |
| Telephone: (202) 842-8800 | Telephone: (614) 221-8500 |
| Facsimile: (202) 842-8465 | Facsimile: (614) 221-5988 |
| kristin.going@dbr.com | hertlein@aksnlaw.com |
| joseph.bailey@dbr.com | neuman@aksnlaw.com |
| *Counsel for Plaintiff U.S. Specialty Ins. Co.* | *Counsel for Defendant Douglas A. Hartz, as Receiver for the Ultimate Warranty Corporation, Ultimate Warranty of Wisconsin, Inc., Ultimate Warranty of Ohio, Inc. d.b.a. Ultimate Warranty of Arizona, and Extended Auto Warranty Corporation* |

SO ORDERED this _____ day of May, 2011.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE